# Schedule A

**3D Systems Corporation (DDD)**                                                                 **Marcel F.M. Herbermann**

## List of Purchases/Acquisitions and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase/Acquisition | 2/7/2025 | 1,000 | $4.5000 |
| Purchase/Acquisition | 2/18/2025 | 1 | $4.7700 |
| Purchase/Acquisition | 2/18/2025 | 307 | $4.7700 |
| Purchase/Acquisition | 2/18/2025 | 392 | $4.7700 |
| Purchase/Acquisition | 2/18/2025 | 300 | $4.7700 |