

1313 North Market Street, Suite 1001 • Wilmington, DE 19801
Telephone 302.576.1600 • Facsimile 302.576.1100
www.ramllp.com

S. Michael Sirkin

Direct Dial 302.576.1605
msirkin@ramllp.com

October 9, 2025

**<u>Via E-Filing</u>**

The Honorable Gregory B. Williams
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26
Room 6124
Wilmington, Delaware 19801-3555

Re:  ***<u>Herbermann v. 3D Systems Corporation et al.</u>*, C.A. No. 1:25-cv-00734-GBW**

Dear Judge Williams:

We represent the Defendants in the above-captioned case, and we write regarding the Motion of Niels Vochten for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Lead Plaintiff Motion") (D.I. 8).

No other member of the putative class filed a competing motion or opposed the Lead Plaintiff Motion. Defendants take no position on the appointment of lead plaintiff in this case, and, as such, Defendants do not oppose the Court entering the Proposed Order granting the Lead Plaintiff Motion (D.I. 8-1).

Respectfully,

/s/ S. Michael Sirkin

S. Michael Sirkin (Bar No. 5389)

cc:    All Counsel of Record (via E-Filing)