IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARCEL F.M. HERBERMANN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>3D SYSTEMS CORPORATION, JEFFREY A. GRAVES, and JEFFREY D. CREECH,<br><br>Defendants. | C.A. No.  1:25-cv-00734-GBW<br><br>Hon. Judge Gregory B. Williams<br><br><u>CLASS ACTION</u> |

**DECLARATION OF RYAN M. ERNST IN SUPPORT OF NIELS VOCHTEN'S MOTION FOR RECONSIDERATION**

I, Ryan M. Ernst, declare as follows:

1.      I am a member in good standing of the bar of the State of Delaware and am admitted to practice before this Court.  I am an attorney at the law firm of Bielli & Klauder, LLC ("Bielli & Klauder"), proposed Liaison Counsel for the putative class in the above-captioned action (the "Action").  I submit this declaration in support of the motion filed by Niels Vochten ("Vochten"), seeking reconsideration of this Court's Order, dated October 14, 2025, denying Vochten's motion for appointment as Lead Plaintiff and approval of his selection of Lead Counsel for the

1

class. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, could and would competently testify thereto.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    A table setting forth (i) the identities of institutional investors who purchased shares of 3D Systems Corporation ("3D Systems") stock during the Class Period in this Action and (ii) the number of shares that each institutional investor purchased; and

Exhibit B:    A table setting forth data relating to the trading volume of 3D Systems stock during the Class Period in this Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on October 28, 2025, at Wilmington, Delaware.

/s/ Ryan M. Ernst
Ryan M. Ernst

# Exhibit A

## 3D Systems Corporation

**Quarterly Institutional Purchases**

Source: LSEG

| | | | | | |
|---|---|---|---|---|---|
| Shares Purchased by Institutions | **13,216,669** | **12,265,741** | **8,492,860** | **13,379,285** | |
| Number of Institutions With Purchases | **125** | **119** | **115** | **86** | |
| **Institution** | **9/30/2024** | **12/31/2024** | **3/31/2025** | **6/30/2025** | **Total Purchases** |
| 55IP | - | 64 | - | - | **64** |
| Abich Financial Wealth Management LLC | 1,836 | - | - | - | **1,836** |
| Abound Wealth Management LLC | - | - | 50 | - | **50** |
| Acadian Asset Management LLC | - | - | 97,180 | 104,790 | **201,970** |
| AE Wealth Management LLC | - | 22,912 | - | - | **22,912** |
| AllianceBernstein L.P. | - | - | - | 125,400 | **125,400** |
| Allspring Global Investments, LLC | 7,623 | - | - | - | **7,623** |
| Allworth Financial, L.P. | - | - | - | 1,500 | **1,500** |
| American Century Investment Management, Inc. | 37,579 | 25,873 | 58,070 | - | **121,522** |
| Ameriflex Group, Inc. | - | 504 | 40 | - | **544** |
| Ameritas Advisory Services, LLC | - | - | - | 1,119 | **1,119** |
| Aperio Group, LLC | - | 32,322 | - | - | **32,322** |
| AQR Capital Management, LLC | - | - | 96,917 | - | **96,917** |
| Arax Advisory Partners | - | - | 95 | - | **95** |
| Arizona State Retirement System | 1,066 | - | - | - | **1,066** |
| ARK Investment Management LLC | 799,157 | 535,287 | - | - | **1,334,444** |
| Assenagon Asset Management S.A. | - | 1,329 | 2,192 | - | **3,521** |
| Assetmark, Inc. | - | 500 | - | - | **500** |
| Atom Investors LP | - | 17,054 | - | - | **17,054** |
| Axxcess Wealth Management, LLC | 2,000 | - | 2,610 | 1,000 | **5,610** |
| Ballentine Partners, LLC | 12,689 | - | - | - | **12,689** |
| Balyasny Asset Management LP | 29,275 | - | 233,252 | - | **262,527** |
| Bank Julius Bär & Co. AG | - | 53 | - | 97 | **150** |
| Bank Vontobel AG | - | 36,900 | - | - | **36,900** |
| Barclays Bank PLC | 150,952 | - | - | 87,706 | **238,658** |
| Barclays Capital | 274 | - | - | 1,418 | **1,692** |
| Bellevue Asset Management LLC | 250 | - | - | - | **250** |
| Bessemer Trust Company, N.A. (US) | - | - | 85 | - | **85** |
| BlackRock Financial Management, Inc. | 6,308 | - | 307 | 20,205 | **26,820** |

## 3D Systems Corporation

**Quarterly Institutional Purchases**

Source: LSEG

| | | | | | |
|---|---|---|---|---|---|
| Shares Purchased by Institutions | **13,216,669** | **12,265,741** | **8,492,860** | **13,379,285** | |
| Number of Institutions With Purchases | **125** | **119** | **115** | **86** | |
| **Institution** | **9/30/2024** | **12/31/2024** | **3/31/2025** | **6/30/2025** | **Total Purchases** |
| BlackRock Institutional Trust Company, N.A. | - | - | 93,536 | 225,131 | **318,667** |
| BlackRock Investment Management, LLC | - | - | 4,364 | 112,968 | **117,332** |
| Blackstone Alternative Investment Advisors LLC | - | - | 26,900 | - | **26,900** |
| BMO Family Office, LLC | 6,142 | - | - | - | **6,142** |
| BMO Nesbitt Burns Inc. | 224 | - | - | - | **224** |
| BNP Paribas Securities Corp. North America | 5,884 | 456,249 | - | - | **462,133** |
| BNY Mellon Asset Management | - | - | - | 15,566 | **15,566** |
| BofA Global Research (US) | 45,455 | 20,330 | - | 13,236 | **79,021** |
| BOK Financial Private Wealth, Inc. | 15 | - | - | - | **15** |
| Boothbay Fund Management, LLC | - | 13,498 | - | - | **13,498** |
| Brevan Howard Capital Management LP | 86,417 | - | - | 37,401 | **123,818** |
| Bridgeway Capital Management, LLC | - | - | - | 71,500 | **71,500** |
| Caitong International Asset Management Co., Ltd. | - | 304 | - | - | **304** |
| Capital A Wealth Management, LLC. | - | 390 | 15 | - | **405** |
| Capstone Investment Advisors, LLC | 6 | - | - | - | **6** |
| Carson Wealth Management Group | - | - | 10,814 | - | **10,814** |
| CarsonAllaria Wealth Management, Ltd. | - | - | 509 | - | **509** |
| Catalyst Funds Management Pty Ltd | 74,000 | 500 | - | - | **74,500** |
| Cathay Securities Investment Trust Co., Ltd. | 16,754 | - | - | - | **16,754** |
| Caxton Associates LP | 5,996 | - | - | - | **5,996** |
| Centiva Capital, LP | - | 51,750 | - | - | **51,750** |
| Cetera Investment Advisers LLC | 7,178 | 2,887 | 33,931 | 7,402 | **51,398** |
| Charles Schwab Investment Management, Inc. | - | 178,102 | - | 1,414 | **179,516** |
| CIBC Asset Management Inc. | - | - | 3,523 | - | **3,523** |
| CIBC World Markets Corp. | - | 11,923 | 16,811 | - | **28,734** |
| Citadel Advisors LLC | - | 531,669 | 505,496 | - | **1,037,165** |
| Clear Street Markets LLC | 3,141 | - | - | - | **3,141** |
| Clearstead Advisors LLC | - | 75 | - | 100 | **175** |
| Coldstream Capital Management, Inc. | - | - | 128 | - | **128** |

## 3D Systems Corporation

**Quarterly Institutional Purchases**

Source: LSEG

| | | | | | |
|---|---|---|---|---|---|
| Shares Purchased by Institutions | 13,216,669 | 12,265,741 | 8,492,860 | 13,379,285 | |
| Number of Institutions With Purchases | 125 | 119 | 115 | 86 | |
| **Institution** | **9/30/2024** | **12/31/2024** | **3/31/2025** | **6/30/2025** | **Total Purchases** |
| Comerica, Inc. | - | 812 | - | - | 812 |
| Commonwealth Financial Network | 85 | - | - | 41,014 | 41,099 |
| Corebridge Financial Inc. | - | - | 98 | - | 98 |
| Corecap Advisors Inc | - | - | 995 | - | 995 |
| Corient Private Wealth LLC | - | - | 35,233 | - | 35,233 |
| Covestor, Ltd. | - | 1 | - | - | 1 |
| CPP Investment Board | 8,400 | 5,700 | 5,100 | - | 19,200 |
| Creative Planning, Inc. | 14,974 | 8,638 | - | - | 23,612 |
| Cresset Asset Management, LLC | - | - | 10,908 | - | 10,908 |
| Crestline Investors, Inc. | 16,200 | - | - | - | 16,200 |
| Cubist Systematic Strategies, LLC | - | - | 290,116 | - | 290,116 |
| D. E. Shaw & Co., L.P. | - | 79,192 | - | 531,069 | 610,261 |
| D. F. Dent & Company, Inc. | 50,012 | - | 50,000 | - | 100,012 |
| Dark Forest Capital Management LP | - | 51,102 | - | 70,695 | 121,797 |
| Deerfield Management Company, L.P. | 31,222 | - | - | - | 31,222 |
| Desjardins Securities Inc. | - | - | - | 1,000 | 1,000 |
| Deutsche Asset Management Americas | - | - | 2,000 | - | 2,000 |
| Dimensional Fund Advisors, L.P. | - | - | 388,226 | - | 388,226 |
| Dimensional Fund Advisors, Ltd. | - | - | 22,944 | 15,744 | 38,688 |
| Diversified Trust Company | - | - | 45,699 | - | 45,699 |
| Divisadero Street Capital Management, LP | - | - | - | 90,531 | 90,531 |
| DRW Securities, LLC | 102,607 | - | - | - | 102,607 |
| Dunhill Financial, LLC | - | - | - | 500 | 500 |
| DWS Investments UK Limited | 13,283 | 40,273 | - | - | 53,556 |
| Dynamic Technology Lab Pte. Ltd. | 59,820 | - | - | - | 59,820 |
| DZ Bank AG Deutsche Zentral-Genossenschaftsbank | 14,500 | 2,279 | - | 7,222 | 24,001 |
| Edmond de Rothschild Asset Management (France) S. | - | 330 | - | - | 330 |
| Edward Jones | 3,393 | 1,196 | - | 150 | 4,739 |
| Engineers Gate Manager, L.P. | 106,498 | 236,866 | - | - | 343,364 |

## 3D Systems Corporation

### Quarterly Institutional Purchases
Source: LSEG

| | | | | | |
|---|---|---|---|---|---|
| Shares Purchased by Institutions | 13,216,669 | 12,265,741 | 8,492,860 | 13,379,285 | |
| Number of Institutions With Purchases | 125 | 119 | 115 | 86 | |
| **Institution** | **9/30/2024** | **12/31/2024** | **3/31/2025** | **6/30/2025** | **Total Purchases** |
| Entrypoint Capital LLC | 145,657 | 75,656 | - | - | 221,313 |
| Ethic Inc. | 10,887 | 13,555 | - | - | 24,442 |
| EverSource Wealth Advisors, LLC | - | 44 | 143 | - | 187 |
| Exchange Traded Concepts, LLC | - | 68,530 | - | - | 68,530 |
| ExodusPoint Capital Management, LP | 77,230 | - | 149,856 | - | 227,086 |
| Farther Finance Advisors, LLC | - | - | 50 | - | 50 |
| Fidelity Management & Research Company LLC | - | 3,095 | 2,675 | - | 5,770 |
| First Trust Advisors L.P. | 312,322 | - | - | - | 312,322 |
| Flaharty Asset Management, LLC | 73 | - | 73 | - | 146 |
| FNY Investment Advisers LLC | - | 1,000 | - | - | 1,000 |
| Forefront Wealth Partners, LLC. | - | 29,186 | 1,645 | - | 30,831 |
| Formula Growth Ltd. | - | - | 250,000 | - | 250,000 |
| Friedenthal Financial, LLC | - | 100 | - | - | 100 |
| Fusion Capital Management | 145 | - | - | - | 145 |
| Gabelli Funds, LLC | 16,602 | - | - | - | 16,602 |
| Geode Capital Management, L.L.C. | 38,431 | - | 74,902 | 105,500 | 218,833 |
| Global Wealth Strategies & Associates | - | 27 | - | - | 27 |
| Global X Management (AUS) Limited | 17,544 | - | - | - | 17,544 |
| Goldman Sachs & Company, Inc. | - | 203,394 | - | - | 203,394 |
| Goldman Sachs Asset Management, L.P. | - | - | - | 2,765 | 2,765 |
| Graham Capital Management, L.P. | - | 39,214 | 213,821 | - | 253,035 |
| Group One Trading, L.P. | - | - | - | 62,871 | 62,871 |
| GSA Capital Partners LLP | - | 18,467 | 27,552 | - | 46,019 |
| GTS Securities LLC | - | - | 12,348 | - | 12,348 |
| Guggenheim Investments | - | - | - | 42 | 42 |
| GWM Advisors LLC | - | 1 | 12,900 | - | 12,901 |
| Gwn Securities Inc | - | - | 25,640 | - | 25,640 |
| Headlands Technologies LLC | - | 958 | - | - | 958 |
| HighPoint Advisor Group, LLC | 13,798 | - | - | - | 13,798 |

## 3D Systems Corporation

**Quarterly Institutional Purchases**

Source: LSEG

| | | | | | |
|---|---|---|---|---|---|
| Shares Purchased by Institutions | 13,216,669 | 12,265,741 | 8,492,860 | 13,379,285 | |
| Number of Institutions With Purchases | 125 | 119 | 115 | 86 | |
| **Institution** | **9/30/2024** | **12/31/2024** | **3/31/2025** | **6/30/2025** | **Total Purchases** |
| Hightower Advisors, LLC | 11,244 | - | - | - | 11,244 |
| Hollencrest Capital Management | - | 500 | 4,500 | 2,000 | 7,000 |
| Horizon Kinetics LLC | - | - | 1,748 | - | 1,748 |
| HRT Financial LP | 506,754 | - | - | - | 506,754 |
| HSBC Global Asset Management (UK) Limited | 24,145 | - | 145 | - | 24,290 |
| HSBC Global Asset Management Deutschland GmbH | 25,800 | - | 9,000 | - | 34,800 |
| ICON Advisers, Inc. | - | 1,600,000 | 500,000 | - | 2,100,000 |
| IEQ Capital LLC | 13,892 | - | 18,494 | - | 32,386 |
| IMC Chicago, LLC | 77,233 | - | 30,884 | - | 108,117 |
| Impact Partnership Wealth, LLC | 6,992 | 6,615 | - | - | 13,607 |
| Independent Financial Partners | - | - | - | 33 | 33 |
| Inspire Advisors, LLC | 18,848 | 6,917 | - | - | 25,765 |
| Inspire Investing | 3,818 | 124,547 | 22,470 | 92,185 | 243,020 |
| INTECH Investment Management LLC | 3,166 | 24,673 | 40,291 | - | 68,130 |
| Invesco Advisers, Inc. | - | 501 | - | 1,126 | 1,627 |
| Invesco Capital Management LLC | - | - | 50,426 | 22,856 | 73,282 |
| J.P. Morgan Securities LLC | - | 251,924 | 205,858 | 30,061 | 487,843 |
| J.P. Morgan Securities plc | 787 | - | - | 2,713 | 3,500 |
| Jacobs Levy Equity Management, Inc. | - | - | 67,507 | 3,801 | 71,308 |
| Jain Global LLC | - | 35,956 | - | - | 35,956 |
| Jane Street Capital, L.L.C. | 1,684,837 | - | - | - | 1,684,837 |
| Jordan Park Group LLC | - | - | 21,289 | - | 21,289 |
| JP Morgan Asset Management | - | 1 | 523 | 1,144 | 1,668 |
| JPMorgan Private Bank (United States) | 912 | 705 | 5,213 | 1,052 | 7,882 |
| Jump Financial, LLC | 504,757 | - | - | - | 504,757 |
| Kapitalo Investimentos Ltda | - | - | - | 11,102 | 11,102 |
| Kentucky Trust Co | - | 200 | - | - | 200 |
| Kestra Advisory Services, LLC | 10,111 | - | - | - | 10,111 |
| Keystone Financial Group, LLC | - | 13,195 | - | 11,769 | 24,964 |

# 3D Systems Corporation

## Quarterly Institutional Purchases

Source: LSEG

| | | | | | |
|---|---|---|---|---|---|
| Shares Purchased by Institutions | 13,216,669 | 12,265,741 | 8,492,860 | 13,379,285 | |
| Number of Institutions With Purchases | 125 | 119 | 115 | 86 | |
| **Institution** | **9/30/2024** | **12/31/2024** | **3/31/2025** | **6/30/2025** | **Total Purchases** |
| Larson Financial Group LLC | 6,041 | - | - | - | 6,041 |
| Laurion Capital Management LP | 24,767 | - | - | - | 24,767 |
| Ledgewood Wealth Advisors, LLC | 151,700 | - | - | 10,000 | 161,700 |
| Legacy Wealth Management, LLC | 120 | - | - | - | 120 |
| Legal & General Investment Management Ltd. | - | - | - | 1,389 | 1,389 |
| Lindbrook Capital, LLC | - | 24 | - | - | 24 |
| LMR Partners LLP | 66,422 | - | - | - | 66,422 |
| LPL Financial LLC | 64,274 | - | 108,082 | 112,191 | 284,547 |
| Mackenzie Investments | - | 41 | - | - | 41 |
| MAI Capital Management, LLC | - | 470 | - | - | 470 |
| Manulife Investment Management (North America) Li | - | - | - | 3,730 | 3,730 |
| Mariner Wealth Advisors | - | - | 6,000 | 5,000 | 11,000 |
| Marshall Wace LLP | - | 99,314 | 245,063 | 35,016 | 379,393 |
| McClarren Financial Advisors, Inc. | 147 | - | 2 | - | 149 |
| Mellon Investments Corporation | - | 1,219 | - | - | 1,219 |
| Mendota Financial Group, LLC | 24 | - | - | - | 24 |
| Mercer Global Advisors, Inc. | - | 15,737 | - | - | 15,737 |
| MetLife Investment Management, LLC | - | 29,852 | - | 30,709 | 60,561 |
| Metropolitan Life Insurance Co. (US) | - | - | 29,314 | 19,829 | 49,143 |
| MFS Investment Management | - | 12,210 | - | - | 12,210 |
| Millennium Management LLC | 3,876,288 | - | - | 1,535,036 | 5,411,324 |
| Mirae Asset Global Investments (USA) LLC | 20,851 | 36,965 | - | - | 57,816 |
| Mizuho Securities Co., Ltd. | - | - | 680 | - | 680 |
| Morgan Stanley & Co. International Plc | 20,818 | - | 22,708 | - | 43,526 |
| Morgan Stanley & Co. LLC | - | 242,378 | - | 887,399 | 1,129,777 |
| Morgan Stanley Investment Management Inc. (US) | - | - | 902,500 | - | 902,500 |
| Morgan Stanley Smith Barney LLC | 3,960 | 3,641 | - | 246,076 | 253,677 |
| Murchinson Ltd. | 10,000 | - | - | - | 10,000 |
| Murphy & Mullick Capital Management Corp | - | 20 | - | - | 20 |

## 3D Systems Corporation

**Quarterly Institutional Purchases**

Source: LSEG

| | | | | | |
|---|---|---|---|---|---|
| **Shares Purchased by Institutions** | **13,216,669** | **12,265,741** | **8,492,860** | **13,379,285** | |
| Number of Institutions With Purchases | **125** | **119** | **115** | **86** | |
| **Institution** | **9/30/2024** | **12/31/2024** | **3/31/2025** | **6/30/2025** | **Total Purchases** |
| National Bank of Canada | - | 702 | - | 15 | **717** |
| Nebula Research & Development LLC | 38,027 | - | 25,455 | - | **63,482** |
| Neo Investimentos | 10,074 | - | - | 37,746 | **47,820** |
| Neuberger Berman, LLC | 13,772 | 1,319 | - | - | **15,091** |
| New York State Common Retirement Fund | - | 17,900 | - | - | **17,900** |
| Nikko Asset Management Co., Ltd. | 116,158 | - | 15,911 | - | **132,069** |
| NISA Investment Advisors, L.L.C. | - | 362 | - | - | **362** |
| Nomura Securities Co., Ltd. | 3,804 | 725 | - | - | **4,529** |
| Northern Trust Investments, Inc. | - | 11,873 | - | - | **11,873** |
| Northwestern Mutual Capital, LLC | - | - | 61 | - | **61** |
| Nuveen Asset Management, LLC | - | - | 4,155 | 78,939 | **83,094** |
| Nuveen LLC | - | - | 1,320,480 | - | **1,320,480** |
| Old Mission Capital LLC | - | - | 11,543 | - | **11,543** |
| Optas, LLC | 23,220 | - | - | - | **23,220** |
| ORG Wealth Partners, LLC | - | - | 157 | - | **157** |
| Osaic Holdings, Inc. | - | 2,552 | - | 2,157 | **4,709** |
| Pacer Advisors, Inc. | 107 | 9,434 | 236 | 32,357 | **42,134** |
| Paloma Partners Management Company | 74,037 | - | - | - | **74,037** |
| PanAgora Asset Management Inc. | - | - | 190,562 | - | **190,562** |
| Parallax Volatility Advisers, L.P. | 213,857 | 22,097 | - | - | **235,954** |
| Parallel Advisors, LLC | 601 | - | - | - | **601** |
| Parkside Financial Bank & Trust | - | - | 155 | - | **155** |
| PENN Capital Management Company, Inc. | - | 1,589,700 | - | - | **1,589,700** |
| PGIM Quantitative Solutions LLC | - | - | 300 | 7,887 | **8,187** |
| Phoenix Investment and Finances Ltd | - | - | 28,000 | - | **28,000** |
| PICTON Investments | 4,066 | - | 422 | - | **4,488** |
| Pinnacle Associates Ltd. | - | - | 9,375 | 113,450 | **122,825** |
| Planning Capital Management Corp | 325 | - | - | - | **325** |
| PNC Investments LLC | - | 6 | 65 | - | **71** |

## 3D Systems Corporation

**Quarterly Institutional Purchases**

Source: LSEG

| | 13,216,669 | 12,265,741 | 8,492,860 | 13,379,285 | |
|---|---|---|---|---|---|
| Shares Purchased by Institutions | | | | | |
| Number of Institutions With Purchases | 125 | 119 | 115 | 86 | |
| **Institution** | **9/30/2024** | **12/31/2024** | **3/31/2025** | **6/30/2025** | **Total Purchases** |
| Point72 (DIFC) Ltd | 8,776 | - | 24,633 | - | **33,409** |
| Point72 Asia (Singapore) Pte. Ltd. | 58,406 | - | 96,306 | - | **154,712** |
| Point72 Asset Management, L.P. | 5,136 | - | 50,800 | - | **55,936** |
| Police and Firemen's Retirement System of New Jerse | - | 28,066 | - | - | **28,066** |
| Prestige Wealth Management Group, LLC | 203 | - | - | - | **203** |
| Principal Global Investors (Equity) | - | - | 8,514 | 916 | **9,430** |
| ProShare Advisors LLC | 4,739 | 15,787 | - | 7,300 | **27,826** |
| Quadrant Family Wealth Advisors | - | 1,670 | - | - | **1,670** |
| Quadrature Capital LLP | 75,921 | - | - | - | **75,921** |
| Raymond James & Associates, Inc. | - | 10,070 | - | - | **10,070** |
| Raymond James Financial Services Advisors, Inc. | - | 6,469 | - | - | **6,469** |
| RBC Capital Markets Wealth Management | - | 298,641 | 117,558 | - | **416,199** |
| RBC Capital Partners | 1,979 | - | - | 653 | **2,632** |
| RBC Dominion Securities, Inc. | 3,029 | 1,003 | - | 144,972 | **149,004** |
| RBC Wealth Management, International | - | 4,885 | - | 1,703 | **6,588** |
| Renaissance Technologies LLC | 565,950 | - | 97,480 | 919,255 | **1,582,685** |
| Rhumbline Advisers Ltd. Partnership | - | 4,451 | - | - | **4,451** |
| Riverview Trust Co | 1,000 | - | - | - | **1,000** |
| Robbins Farley, LLC | - | - | - | 40 | **40** |
| Ronald Blue Trust, Inc. | 1,581 | - | - | - | **1,581** |
| Rothschild Investment Corporation | - | 45 | - | - | **45** |
| RPO LLC | - | 17,997 | - | - | **17,997** |
| SBI Securities Co., Ltd. | - | 26,663 | 3,909 | 4,233 | **34,805** |
| Scarborough Capital Management | - | - | - | 300 | **300** |
| SEI Investments Management Corporation | - | - | 4,155 | 78,939 | **83,094** |
| SG Americas Securities, L.L.C. | 8,769 | 8,913 | 53,317 | - | **70,999** |
| Sherbrooke Park Advisors LLC | - | 48,383 | - | - | **48,383** |
| Signaturefd, LLC | 231 | 57 | - | - | **288** |
| Silverberg Bernstein Capital Management, LLC | 302,484 | 99,950 | 210,812 | 506,139 | **1,119,385** |

## 3D Systems Corporation

**Quarterly Institutional Purchases**

Source: LSEG

| | | | | | |
|---|---|---|---|---|---|
| Shares Purchased by Institutions | **13,216,669** | **12,265,741** | **8,492,860** | **13,379,285** | |
| Number of Institutions With Purchases | **125** | **119** | **115** | **86** | |
| **Institution** | **9/30/2024** | **12/31/2024** | **3/31/2025** | **6/30/2025** | **Total Purchases** |
| Simplex Trading, LLC | - | - | 114,161 | - | **114,161** |
| Sound Income Strategies, LLC | - | - | 200 | - | **200** |
| Sparinvest S.A. | 2,332 | - | - | - | **2,332** |
| SpiderRock Advisors LLC | - | 75 | - | - | **75** |
| Squarepoint Capital LLP | - | 196,955 | - | - | **196,955** |
| State of Wisconsin Investment Board | 100 | - | - | - | **100** |
| State of Wyoming | - | - | 16,155 | - | **16,155** |
| State Street Global Advisors (US) | - | 152,058 | 2,038 | 3,917,021 | **4,071,117** |
| Stephens Wealth Management Group, Inc. | - | - | 27 | - | **27** |
| Sterling Capital Management, LLC | 449 | 3,632 | - | 1,236 | **5,317** |
| Steward Partners Investment Advisory, LLC | 600 | - | - | - | **600** |
| Susquehanna Fundamental Investments, LLC | - | 69,847 | 35,483 | - | **105,330** |
| Susquehanna International Group, LLP | 438,465 | - | 190,317 | 61,247 | **690,029** |
| Susquehanna Portfolio Strategies, LLC | - | - | 39,817 | - | **39,817** |
| Syon Capital LLC | 18,121 | 8,435 | - | - | **26,556** |
| T. Rowe Price Associates, Inc. | 16,200 | 30,150 | - | - | **46,350** |
| T. Rowe Price International Ltd | 16,200 | 37,976 | - | 4,059 | **58,235** |
| TD Waterhouse Canada, Inc. | - | - | 225 | - | **225** |
| The Patriot Financial Group, LLC | - | 5,035 | 1,665 | - | **6,700** |
| The Quarry LP | 932 | - | - | - | **932** |
| The Trust Company of Vermont | - | - | - | 5 | **5** |
| The Vanguard Group, Inc. | - | - | 193,559 | 108,519 | **302,078** |
| Tower Research Capital LLC | - | - | - | 9,154 | **9,154** |
| Transce3nd, LLC | - | 1,172 | - | - | **1,172** |
| True Wealth Design, LLC | - | - | 45 | - | **45** |
| Truvestments Capital LLC | - | - | 75 | - | **75** |
| Tudor Investment Corporation | - | - | 423,805 | - | **423,805** |
| Two Sigma Investments, LP | 164,636 | 2,160,910 | - | - | **2,325,546** |
| U.S. Bancorp Asset Management, Inc. | - | 1,444 | - | - | **1,444** |

## 3D Systems Corporation

**Quarterly Institutional Purchases**

Source: LSEG

| | | | | | |
|---|---|---|---|---|---|
| **Shares Purchased by Institutions** | **13,216,669** | **12,265,741** | **8,492,860** | **13,379,285** | |
| **Number of Institutions With Purchases** | **125** | **119** | **115** | **86** | |
| **Institution** | **9/30/2024** | **12/31/2024** | **3/31/2025** | **6/30/2025** | **Total Purchases** |
| UBS Financial Services, Inc. | 22,614 | 1,861,202 | - | 2,264,877 | **4,148,693** |
| UBS Switzerland AG | 6,069 | 40,510 | - | - | **46,579** |
| UMB Bank, NA | 32 | - | - | - | **32** |
| Universal-Investment-Gesellschaft mbH | - | - | 13,700 | - | **13,700** |
| Vantage Consulting Group, Inc. | 618 | - | - | - | **618** |
| Verition Fund Management LLC | 31,996 | - | - | - | **31,996** |
| Vident Asset Management | 6,443 | - | - | - | **6,443** |
| Virtu Americas LLC | - | 30,132 | - | - | **30,132** |
| Voya Investment Management LLC | 220 | - | - | - | **220** |
| Walleye Capital LLC | 494,788 | 56,868 | - | - | **551,656** |
| Walleye Trading, LLC | 18,305 | - | 37,883 | 5,875 | **62,063** |
| Wealth Effects LLC | 101,920 | - | - | - | **101,920** |
| Wealth Enhancement Advisory Services, LLC | - | - | 11,461 | - | **11,461** |
| Weiss Asset Management | 402,620 | - | - | - | **402,620** |
| Wellington Management Company, LLP | - | - | - | 33,800 | **33,800** |
| Wells Fargo Advisors | - | 561 | - | 10,257 | **10,818** |
| Wells Fargo Bank, N.A. | 2,514 | 16,160 | 2,947 | 6,861 | **28,482** |
| Winch Financial | - | - | - | 184 | **184** |
| Wolverine Trading, LLC | - | 35,203 | 21,907 | - | **57,110** |
| Xponance, Inc. | - | - | 10,582 | - | **10,582** |
| XTX Markets LLC | 341,308 | - | - | 195,916 | **537,224** |
| Y-Intercept (Hong Kong) Ltd | 88,707 | - | - | - | **88,707** |
| Zürcher Kantonalbank (Asset Management) | 11,616 | - | 1 | - | **11,617** |

# Exhibit B

# 3D Systems Corporation

**Volume Analysis**

Source: Bloomberg

| Date | Weekly Volume | Dollar Volume of Trades | Volume as % of Shares Outstanding |
|---|---|---|---|
| 8/23/2024 | 10,015,226 | $25,822,694 | 7.50% |
| 8/30/2024 | 16,034,979 | $36,664,503 | 12.00% |
| 9/6/2024 | 16,395,441 | $31,275,235 | 12.27% |
| 9/13/2024 | 20,233,794 | $43,939,767 | 15.15% |
| 9/20/2024 | 46,414,540 | $119,585,201 | 34.75% |
| 9/27/2024 | 19,704,106 | $51,100,966 | 14.75% |
| 10/4/2024 | 10,947,393 | $30,550,577 | 8.20% |
| 10/11/2024 | 11,780,436 | $35,202,853 | 8.82% |
| 10/18/2024 | 8,854,976 | $27,217,009 | 6.63% |
| 10/25/2024 | 7,132,864 | $20,803,109 | 5.34% |
| 11/1/2024 | 13,215,479 | $42,656,939 | 9.89% |
| 11/8/2024 | 9,942,686 | $34,182,060 | 7.44% |
| 11/15/2024 | 16,927,383 | $52,808,530 | 12.67% |
| 11/22/2024 | 10,493,749 | $32,750,269 | 7.86% |
| 11/29/2024 | 16,343,299 | $52,359,243 | 12.05% |
| 12/6/2024 | 15,821,320 | $43,907,450 | 11.67% |
| 12/13/2024 | 23,957,941 | $88,713,052 | 17.67% |
| 12/20/2024 | 16,235,747 | $59,142,576 | 11.97% |
| 12/27/2024 | 6,387,275 | $22,068,570 | 4.71% |
| 1/3/2025 | 9,371,357 | $30,847,723 | 6.91% |
| 1/10/2025 | 7,509,182 | $25,142,701 | 5.54% |
| 1/17/2025 | 9,460,779 | $29,157,133 | 6.98% |
| 1/24/2025 | 16,086,128 | $57,837,337 | 11.86% |
| 1/31/2025 | 15,819,493 | $61,002,281 | 11.66% |
| 2/7/2025 | 23,118,213 | $103,491,962 | 17.05% |
| 2/14/2025 | 11,038,639 | $49,965,275 | 8.14% |
| 2/21/2025 | 9,554,002 | $42,098,170 | 7.04% |
| 2/28/2025 | 10,847,936 | $38,533,341 | 8.00% |
| 3/7/2025 | 10,263,398 | $31,376,973 | 7.57% |
| 3/14/2025 | 12,195,389 | $32,505,741 | 8.99% |
| 3/21/2025 | 17,310,250 | $45,240,304 | 12.76% |
| 3/28/2025 | 20,609,453 | $48,274,977 | 15.21% |
| 4/4/2025 | 14,706,966 | $29,548,590 | 10.85% |
| 4/11/2025 | 15,656,004 | $31,655,528 | 11.55% |
| 4/17/2025 | 8,699,879 | $16,718,111 | 6.42% |
| 4/25/2025 | 9,450,917 | $17,464,074 | 6.97% |
| 5/2/2025 | 11,061,626 | $21,296,072 | 8.16% |
| 5/9/2025 | 14,992,524 | $33,020,718 | 11.06% |
| **Average** | **14,331,336** | **$41,998,095** | **10.6%** |
| **Minimum** | **6,387,275** | **$16,718,111** | **4.7%** |
| **Maximum** | **46,414,540** | **$119,585,201** | **34.7%** |
| **Total** | **544,590,769** | **$1,595,927,615** | |

| Share Turnover | |
|---|---|
| **Calendar Days** | 272 |
| **Time Period (years)** | 0.745 |
| **Shares Out At End of Class Period** | 135,544,650 |
| **Total Volume in Class Period** | 561,010,121 |
| **Annualized Share Turnover** | 555.8% |

| Shares Outstanding | |
|---|---|
| 2/29/2024 | 133,619,000 |
| 8/13/2024 | 133,575,080 |
| 8/29/2024 | 133,573,780 |
| 11/26/2024 | 135,620,170 |
| 3/27/2025 | 135,538,470 |
| 4/4/2025 | 135,544,650 |
| 5/13/2025 | 136,412,870 |
| 8/11/2025 | 128,252,560 |