IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARCEL F.M. HERBERMANN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>3D SYSTEMS CORPORATION, JEFFREY A. GRAVES, and JEFFREY D. CREECH,<br><br>        Defendants. | C.A. No.  1:25-cv-00734-GBW<br>Hon. Judge Gregory B. Williams<br><u>CLASS ACTION</u> |

## [PROPOSED] ORDER (1) GRANTING MOTION FOR RECONSIDERATION AND (2) APPOINTING LEAD PLAINTIFF AND APPROVING LEAD COUNSEL

**WHEREAS**, the Court has considered Niels Vochten's motion for reconsideration of this Court's Order denying his motion for appointment as Lead Plaintiff and approval of Lead Counsel filed on August 12, 2025 (respectively, the "Reconsideration Motion" and "Lead Plaintiff Motion");

**IT IS HEREBY ORDERED THAT:**

1.    Vochten's Reconsideration motion is GRANTED.

2.    Having reviewed Vochten's Lead Plaintiff Motion and accompanying memorandum of law, the Court hereby appoints Vochten as Lead Plaintiff in the above-captioned action ("Action").    Vochten satisfies the requirements for

1

appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B)(iii) of the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including the requirements of Federal Rule of Civil Procedure 23.

3.    Lead Plaintiff, pursuant to Section 21D(a)(3)(B)(v) of the PSLRA, has selected and retained Pomerantz LLP as Lead Counsel and Bielli & Klauder, LLC as Liaison Counsel for the Class in the Action, which choices the Court likewise hereby approves.

4.    Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel to whom Lead Counsel shall designate as needed in Lead Counsel's discretion, *inter alia*:

(a)    coordinate and oversee the preparation of pleadings;

(b)    coordinate and oversee the briefing and argument of motions;

(c)    coordinate and oversee the conduct of discovery;

(d)    coordinate and oversee examination of witnesses;

(e)    coordinate and oversee all status and pretrial conferences;

(f)    coordinate and oversee all settlement negotiations;

(g)    coordinate and oversee trial preparation and trial; and

(h)    coordinate and oversee any other matters concerning the prosecution, resolution, or settlement of this Action.

5.    No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiffs or other Class members without the approval of Lead Plaintiff and Lead Counsel, so as to prevent duplicative pleadings or discovery.

No settlement negotiations shall be conducted without the approval of Lead Plaintiff and Lead Counsel.

6.     Every pleading in the Action shall hereafter bear the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE 3D SYSTEMS CORPORATION SECURITIES LITIGATION | C.A. No.: 1:25-cv-00734-GBW<br><br>CLASS ACTION |

7.     When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When the document applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the name of the first-listed plaintiff in said action.

8.     Counsel in any related action that is consolidated with this Action shall be bound by the organization of Plaintiffs' counsel set forth herein.

9.     Lead Counsel shall be the primary contact amongst Plaintiffs' counsel and between Plaintiffs' counsel and the Court and Defendants' counsel and shall direct and coordinate all activities of Plaintiffs' counsel.

10.    This Order shall apply to this Action and to each case that relates to the same subject matter that is subsequently filed in this District or is transferred to this

3

District, and is consolidated with this Action.

11.   The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that may properly be consolidated with this Action.

12.   When a case that arises out of the same subject matter as this Action is hereinafter filed in this Court or transferred from another court, the Clerk of this Court shall:

   a. file a copy of this Order in the separate file for such action; and

   b. make the appropriate entry in the docket for this Action.

13.   This Order shall apply thereto, unless a party objects to consolidation (as provided for herein), or to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such application.  Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to consolidation of any subsequently filed or transferred related action.

   **IT IS SO ORDERED.**

DATED: _____, 2025

_____
THE HONORABLE GREGORY B.WILLIAMS
UNITED STATES DISTRICT JUDGE

4