IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARCEL F.M. HERBERMANN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>3D SYSTEMS CORPORATION, JEFFREY A. GRAVES, and JEFFREY D. CREECH,<br><br>Defendants. | C.A. No.  1:25-cv-00734-GBW<br><br>Hon. Judge Gregory B. Williams<br><br>CLASS ACTION |

## NIELS VOCHTEN'S MOTION FOR LEAVE TO FILE REPLY

Niels Vochten respectfully submits this motion for leave to file a Reply Brief in connection with his motion, pursuant to Local Rule of Civil Practice and Procedure 7.1.5 ("Rule 7.1.5"), for reconsideration of this Court's Order (Dkt. No. 16) denying Mr. Vochten's Lead Plaintiff Motion (Dkt. No. 8).

### ARGUMENT

### I.     LEGAL STANDARD

Courts in this Judicial District have granted motions for leave to file a reply where such reply "responds to new evidence, facts, or arguments presented by" another party. *American Axle & Manufacturing, Inc. v. Neapco Holdings LLC*, 2017

WL 3888228, at *1 (D. Del. Sept. 6, 2017).   Here, Defendants' Response to the Reconsideration Motion made certain arguments to which Mr. Vochten has not had the opportunity to respond—specifically, regarding: (1) the significance of the Court's interpretation of Mr. Vochten's Damages Analysis to its conclusions regarding Mr. Vochten's adequacy under Rule 23; and (2) the import of the PSLRA's statutory instruction that the Court "shall" appoint a Lead Plaintiff if faced with at least one eligible applicant.  *See* Dkt. No. 18 at 1-2.  Mr. Vochten respectfully submits that fairness dictates that he be permitted to submit a succinct Reply Brief to address these arguments.  A copy of Mr. Vochten's proposed Reply Brief is submitted herewith as Exhibit A.

## CONCLUSION

For the foregoing reasons, Mr. Vochten respectfully requests that the Court grant his motion for leave to file a Reply Brief and deem the proposed Reply Brief filed as of the date of this submission.

Dated:  November 24, 2025                                  Respectfully submitted,

**BIELLI & KLAUDER, LLC**

**POMERANTZ LLP**
Jeremy A. Lieberman                          */s/ Ryan M. Ernst*
(admitted *pro hac vice*)                      Ryan M. Ernst, Esq. (No. 4788)
J. Alexander Hood II                           1204 N. King Street
(*pro hac vice* application forthcoming)        Wilmington, DE 19801
600 Third Avenue, 20th Floor                   Main: (302) 803-4600
New York, NY 10016                             Direct: (302) 321-5411
Telephone: (212) 661-1100                      rernst@bk-legal.com
Facsimile: (917) 463-1044

2

jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant Niels Vochten and Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Movant Niels Vochten*

*Counsel for Lead Plaintiff Movant Niels Vochten and Proposed Liaison Counsel for the Class*

3