IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARCEL F.M. HERBERMANN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>        v.<br><br>3D SYSTEMS CORPORATION, JEFFREY A. GRAVES, and JEFFREY D. CREECH,<br><br>    Defendants. | C.A. No.  1:25-cv-00734-GBW<br><br>Hon. Judge Gregory B. Williams<br><br><u>CLASS ACTION</u> |

**[PROPOSED] ORDER GRANTING MOTION
<u>FOR LEAVE TO FILE REPLY</u>**

**WHEREAS**, the Court has considered Niels Vochten's motion to file a reply in connection with his motion for reconsideration of this Court's Order denying his motion for appointment as Lead Plaintiff and approval of Lead Counsel filed on August 12, 2025 (the "Reply Motion");

**IT IS HEREBY ORDERED THAT:**

1.    Vochten's Reply Motion is GRANTED.

2.    The [Proposed] Reply Brief submitted as Exhibit A to the Reply Motion is hereby deemed filed.

1

**IT IS SO ORDERED.**

DATED: _____, 2025

_____
THE HONORABLE GREGORY B.WILLIAMS
UNITED STATES DISTRICT JUDGE