IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

<table>
<tr><td>

MARCEL F.M. HERBERMANN,
Individually and On Behalf of All
Others Similarly Situated,

        Plaintiff,

    v.

3D SYSTEMS CORPORATION,
JEFFREY A. GRAVES, and JEFFREY
D. CREECH,

        Defendants.

</td><td>

C.A. No.  1:25-cv-00734-GBW

Hon. Judge Gregory B. Williams

<u>CLASS ACTION</u>

</td></tr>
</table>

## <u>RULE 7.1.1 CERTIFICATION</u>

Counsel for the parties conferred regarding this Motion for Leave to File

Reply and defendants' counsel takes no position on the Motion.

Dated:  November 24, 2025

**POMERANTZ LLP**
Jeremy A. Lieberman
(admitted *pro hac vice*)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst, Esq. (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Main: (302) 803-4600
Direct: (302) 321-5411
rernst@bk-legal.com

*Counsel for Lead Plaintiff Movant Niels Vochten and Proposed Lead Counsel for the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Movant Niels Vochten*

*Counsel for Lead Plaintiff Movant Niels Vochten and Proposed Liaison Counsel for the Class*