IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARCEL F.M. HERBERMANN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>3D SYSTEMS CORPORATION, JEFFREY A. GRAVES, and JEFFREY D. CREECH,<br><br>Defendants. | C.A. No. 1:25-cv-00734-GBW<br><br>Hon. Judge Gregory B. Williams<br><br><u>CLASS ACTION</u> |

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

WHEREAS, no defendant in the above-captioned action, *Herbermann v. 3D Systems Corp., et al.*, No. 1:25-cv-00734-GBW, brought before the United States District Court for the District of Delaware, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: August 24, 2026

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst, Esq. (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Main: (302) 803-4600
Direct: (302) 321-5411
rernst@bk-legal.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Plaintiff Marcel F.M. Herbermann*